UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Fire Insurance Company

v.   Case Number: 4:22–cv–04121

Anthony S Muharib, et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/6/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Transfer Case – #40

Date:   January 16, 2026

Nathan Ochsner, Clerk